## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DAS HEALTH VENTURES, INC.,

    Plaintiff,

v.                                           Case No. 8:20-cv-1804-TPB-SPF

ADVANCED PHYSICIANS, S.C., and
DANA VALLANDIGHAM-CARTER,

    Defendants.

_____/

## **FINAL JUDGMENT**

    This matter is before the Court on Plaintiff DAS Health Ventures, Inc.'s ("DAS") "Claimant's Motion to Confirm Arbitration Award," filed on August 5, 2020. (Doc. 1). The Court confirmed, and declined to vacate, the arbitration award entered in favor of DAS. (Doc. 21). Pursuant to the award (Doc. 1-1), as confirmed by the Court, is hereby

    **ORDERED**, **ADJUDGED**, and **DECREED**:

(1) DAS shall recover from Respondents, jointly and severally: (1) damages in the amount of $189,503.54, (2) arbitration fees in the amount of $18,400.00, and (3) attorneys' fees and costs incurred during arbitration in the amount of $90,059.70. The total judgment amount is $297,963.24 plus (1) pre-judgment interest accrued at the statutory rate of interest described in § 55.03(1), *F.S.*, from the date of the arbitration award, July 9, 2020, until the date of this Final Judgment, totaling $9,205.80, plus (2) post-judgment interest to accrue hereafter at the statutory rate of interest described in § 55.03(1), *F.S.*, currently 4.81% per year, as adjusted annually on January 1 of each year in

accordance with the interest rate in effect on that date as set by the Chief Financial Officer of Florida until the full judgment is paid for which let execution issue, subject to Rule 62 of the Federal Rules of Civil Procedure.

(2) Respondents shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on DAS's attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

(3) The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 17th day of February, 2021.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**